UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER VILLAREAL, by and through VICTOR VILLARREAL, in his capacity as Personal Representative of the Estate, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEE COOPER, in his capacity as a Police Officer for the City of Kennewick Police Department, et al,<br><br>Defendant. | NO:  CV-11-5136-RMP<br><br>ORDER TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE AND TO AMEND CAPTION |

BEFORE the Court is the parties' Joint Motion to Dismiss without Prejudice and to Amend the Caption, ECF No. 18.  Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant the motion.  Accordingly,

**IT IS HEREBY ORDERED:**

ORDER TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE AND AMEND CAPTION ~ 1

1. The parties' Joint Motion for Dismissal without Prejudice and to Amend the Caption, **ECF No. 18,** is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed without prejudice and without costs regarding Defendants **KEN LATTIN** and **KEN HOHENBERG** ONLY.

2. All other parties and claims **REMAIN AS REFERENCED**.

3. The caption is amended as outlined above.

The District Court Executive is directed to enter this Order, provide copies to counsel.

**DATED** this 30th of January, 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE AND AMEND CAPTION ~ 2