UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER VILLARREAL, by and through VICTOR VILLARREAL, in his capacity as Personal Representative of the Estate, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>LEE COOPER, in his capacity as a police officer for the City of Kennewick Police Department, and as an individual, et al.,<br><br>                Defendants. | NO:  CV-11-5136-RMP<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

**BEFORE** the Court is Defendans' Stipulation of Dismissal, ECF No. 103. Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. Defendants' Stipulation of Dismissal, **ECF No. 103**, is **APPROVED**. Plaintiffs' Complaint and all counterclaims and/or cross-claims, if any, are dismissed with prejudice and without costs to any party.

2. The stay entered in this matter is **lifted**.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, and provide copies to counsel.  This case **remains closed**.

**DATED** this 15th day of October 2013.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge